UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JIMMY JOE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-00080 |
| | ) | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 16) is **ACCEPTED**;

(2) Plaintiff's Objections to the Report and Recommendation (Doc. No. 23) are **OVERRULED;**

(3) Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 13) is **DENIED;** and

(4) The Commissioner's decision denying benefits is **AFFIRMED.**

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE